IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **GeoSymm Ventures LLC,** § § § *Plaintiff,* § v. § § **PTC Inc.,** § § *Defendant.* § § § | C.A. NO. 6:23-cv-00493-ADA ORAL HEARING REQUESTED |

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT (DKT. 1) FOR FAILURE TO STATE A CLAIM FOR RELIEF

The Court, having considered defendant PTC Inc.'s Motion for to Dismiss the Complaint, Dkt. 1, for Failure to State a Claim, hereby ORDERS that this motion is GRANTED, and that PTC Inc. is hereby DISMISSED.

SIGNED AND ENTERED this _____ day of _____, 2023.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE